# EXHIBIT C

*TRUK #786 load # 112798*

| Date: | 2/21/23 11:14 | | BILL OF LANDING | | Page 1 |
|---|---|---|---|---|---|

**SHIP FROM**
- Name: MHF101924 - Alene Candles DC
- Address: 9485 Innovation Campus Way
- City/State/Zip: New Albany, OH 43054
- SID#: CS00826097   FOB ☐

**Bill of Lading Number:**

**SHIP TO**
- Name: DC_00017-CEVA Atlanta   Location #:
- Address: 140 Greenwood Industrial Parkway
- City/State/Zip: McDonough, GA 30253
- CID#: 23506   FOB ☐

**CARRIER NAME:** Landstar Ranger, INC.
**Trailer number:** 1807
**Seal number(s):** 51069241
**SCAC:** LRGR
**Pro number:** 9696912

(9012K)LRGR9696912

**THIRD PARTY FREIGHT CHARGES BILL TO**
- Name:
- Address:
- City/State/Zip:

**SPECIAL INSTRUCTIONS:**

**Freight Charge Terms:** (freight charges are prepaid unless marked otherwise)
Prepaid ☐   Collect ☒   3rdParty ☐

☐ Master Bill of Lading: with attached underlying Bills of Lading (check box)

**Customer Order Info**

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET/SLI | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| 9901350173 | 4 | 38,000 | N | |
| GRAND TOTAL | 4 cnts | 38000 lbs | | |

**CARRIER INFORMATION**

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY |
|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC |
| 4 | Cartons | 4 | Case | 38,000 | | | |
| 4 | | 4 | | 38000 | | GRAND TOTAL | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

COD Amount: $
Fee Terms: Collect ☐   Prepaid ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ? 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
_____ Shipper Signature

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

*Andy Cobb* 2/21/23

**Trailer Loaded**
☒ By Shipper
☐ By Driver

**Freight Counted:**
☒ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

Property described above is received in good order, except as noted.

| Date: 2/21/23 11:14 | BILL OF LANDING | Page 1 |
|---|---|---|

### SHIP FROM
| | |
|---|---|
| Name: | MHF101924 - Alene Candies DC |
| Address: | 9485 Innovation Campus Way |
| City/State/Zip: | New Albany OH 43054 |
| SID#: | CS00826097 FOB ☐ |

### SHIP TO
| | |
|---|---|
| Name: | DC_00017-CEVA Atlanta  Location #: |
| Address: | 140 Greenwood Industrial Parkway |
| City/State/Zip: | McDonough GA 30253 |
| CID#: | 23506 FOB ☐ |

### THIRD PARTY FREIGHT CHARGES BILL TO
Name:
Address:
City/State/Zip:

SPECIAL INSTRUCTIONS:

Bill of Lading Number:

| | |
|---|---|
| CARRIER NAME: | Landstar Ranger, INC., |
| Trailer number: | 1807 |
| Seal number(s): | 51069241 |
| SCAC: | LRGR |
| Pro number: | 9696912 |

(9012K)LRGR9696912

Freight Charge Terms: *(freight charges are prepaid unless marked otherwise)*
Prepaid ☐   Collect ☒   3rdParty ☐

☐ Master Bill of Lading: with attached underlying Bills of Lading
(check box)

### Customer Order Info

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET/SLI | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| 4901350173 | 4 | 38,000 | N | |
| GRAND TOTAL | 4 cnts | 38000 lbs | | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC | CLASS |
| 4 | Cartons | 4 | Case | 38,000 | | | | 70 |
| 4 | | 4 | | 38000 | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

COD Amount: $
Fee Terms: Collect ☐  Prepaid ☐
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ? 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
_____ Shipper Signature

| SHIPPER SIGNATURE / DATE | Trailer Loaded | Freight Counted: | CARRIER SIGNATURE / PICKUP DATE |
|---|---|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT. | ☒ By Shipper ☐ By Driver | ☒ By Shipper ☐ By Driver/pallets said to contain ☐ By Driver/Pieces | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order, except as noted. |
| *[signature]* 2/21/23 | | | |

TRUK #786 (load # 112798)

# BILL OF LANDING

Date: 2/21/23 11:14  Page 1

## SHIP FROM
- Name: MHF101924 - Alene Candles DC
- Address: 9485 Innovation Campus Way
- City/State/Zip: New Albany, OH 43054
- SID#: CS00826097  FOB: ☐

Bill of Lading Number:

## SHIP TO
- Name: DC_00017-CEVA Atlanta  Location #:
- Address: 140 Greenwood Industrial Parkway
- City/State/Zip: McDonough, GA 30253
- CID#: 23506  FOB: ☐

## CARRIER
- CARRIER NAME: Landstar Ranger, INC.
- Trailer number: 1807
- Seal number(s): 51069241
- SCAC: LRGR
- Pro number: 9696912

(9012K)LRGR9696912

## THIRD PARTY FREIGHT CHARGES BILL TO
- Name:
- Address:
- City/State/Zip:

SPECIAL INSTRUCTIONS:

Freight Charge Terms: (freight charges are prepaid unless marked otherwise)
Prepaid ☐  Collect [X]  3rdParty ☐

☐ (check box) Master Bill of Lading: with attached underlying Bills of Lading

## Customer Order Info

| CUSTOMER ORDER NUMBER | #PKGS | WEIGHT | PALLET/SLI | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|
| 4901350173 | 4 | 38,000 | N | |
| GRAND TOTAL | 4 cnts | 38000 lbs | | |

## CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. | COMMODITY DESCRIPTION | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC | CLASS |
| 4 | Cartons | 4 | Case | 38,000 | | | | |
| 4 | | 4 | | 38000 | | GRAND TOTAL | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____.

COD Amount: $  
Fee Terms: Collect ☐  Prepaid ☐  
Customer check acceptable: ☐

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ? 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
_____ Shipper Signature

SHIPPER SIGNATURE / DATE  
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Trailer Loaded: [✓] By Shipper  ☐ By Driver  
Freight Counted: [✓] By Shipper  ☐ By Driver/pallets said to contain  ☐ By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE  
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

Seal Exception  
Re-sealed by LP/SS  
Date 3/4/2023  
Seal # 116067  
Lbrands-Loss Prevention/Safety Services

L Brands — Asset Protection  
Inbound Load Approval  
Unit #: 518  Date: 3/4/23  Time: 6:52p