# EXHIBIT D



# LANDSTAR LOAD CONFIRMATION
## FB #: 9696912

| | | | | |
|---|---|---|---|---|
| **EFFECTIVE DATE:** | 2/20/2023 | **CARRIER:** | PERFECT 1 LLC | LRGR - LB5 |
| **EQUIPMENT:** | VAN | **CARRIER #:** | *****2586 | SIGN THIS |
| **COMMODITY:** | CONSUMER GOODS OR APPLIANCES | **DRIVER:** | | DOCUMENT |
| **DIMENSION:** | | **DRIVER CELL:** | | |
| **WEIGHT:** | 38000 | **CONTACT:** | SHAWN, RUSTAM | **High Risk:** Yes |
| **PIECES:** | 1 | **PHONE:** | (513) 402-0005 | **TARP:** |

ANY QUESTIONS OR CONCERNS ABOUT THIS LOAD PLEASE CALL AGENCY: (904) 310-1749  
**IMPORTANT:** Carrier call agent if your dispatch instructions below differ from bill of lading!

| | | | |
|---|---|---|---|
| **PICK-UP DATE:** | 2/21/2023 10:00 - 2/21/2023 10:00 | **CONTACT:** | Meagan Beckley |
| **NAME/ADDRESS:** | MHF101924 - Alene Candles DC 9485 Innovation Campus Way | **PHONE:** | (614) 933-4005 X5016 |
| | Suite 100  NEW ALBANY, FR, OH 43054 | | |
| **DIRECTIONS:** | | | |
| **SPECIFIC INSTRUCTIONS:** | CS00826097  Please note this is HIGH VALUE - you must travel 250 miles before stopping for any reason. Make sure you are fresh on hrs and full of fuel when you head into PU  Fuel Prior to picking up Travel 250 miles before stopping These are very HIGH VALUE loads  24/7 dispatch/communication ability. GPS Tracking 100%, check calls required: arrive/depart shipper/consignee, ETA to consignee, check calls 50% of miles and 75% of miles. HOS stops communicated. Report issues/delays in transit immediately to Landstar Blue. Must arrive 30 minutes early TO THE SHIPPER, fuel prior to pick up. Must have load locks/straps as needed and sliding tandems. TIMES MUST BE ON BOLs AND REPORTED TO OPS TO QUALIFY FOR DETENTION. Lumper accessorial requires approval for payment. Drivers: check paperwork before leaving the shipper, confirm that the destination(s), BOL #s and PO #s match load confirmation. Provide POD when load is delivered. Trailer must meet AIAG standards; trailer MUST be food grade if load consists of food goo | | |

| | | | |
|---|---|---|---|
| **DELIVERY DATE:** | 2/22/2023 10:00 - 2/22/2023 10:00 | **CONTACT:** | DERICK CARTER |
| **NAME/ADDRESS:** | DC_00017-CEVA Atlanta 140 Greenwood Industrial Parkw | **PHONE:** | (404) 200-5733 |
| | MCDONOUGH, GA 30253 | | |
| **DIRECTIONS:** | | | |
| **SPECIFIC INSTRUCTIONS:** | del 2/22 1000 | | |

**CARRIER AGREES:**
1) To use trailer lock and seals - seal number must be noted on paperwork.
2) Not to drop trailer without written permission from the Landstar agent.
3) Provide AT LEAST two (2) status updates per day to the Landstar agent; INCLUDING ONE STATUS UPDATE to occur four (4) hours after departing shippers location and;
4) Assign a driver who can transport the shipment a minimum of 150 MILES PRIOR TO MAKING A FIRST STOP after leaving shippers location.

**ADDITIONAL INSTRUCTIONS:**

## Total Carrier Pay: $2,250.00
GET PAID IN 2 DAYS! CALL 1-866-321-PLUS (7587) TO LEARN HOW!

| | | | |
|---|---|---|---|
| Landstar Agent: | LRGR - LB5 | Carrier: | PERFECT 1 LLC |
| Agency Contact: | Jennifer | Carrier Signature: | DRAKEMORAT  x |
| Agency Phone: | (904) 310-1749 | | |

## ATTENTION
Carrier certifies it is aware of the California Air Resources Board's Truck and Bus, Drayage and Greenhouse Gas Rules and that, on all loads originating in, destined for or passing through California, Carrier will utilize only vehicles that are compliant with those Rules. Please see CARB Regulations, including the CARB Dray rules. https://www.arb.ca.gov



# LANDSTAR LOAD CONFIRMATION

**FB #: 9696912**

Signature _____

| Confirm Date: | 2/20/2023 | Confirm Date: | 2/20/2023 | Carrier Fax: | 0 |

CARRIER MUST SIGN LOAD CONFIRMATION AND FAX BACK TO AGENCY AT: 904-339-9939
THANK YOU FOR DOING BUSINESS WITH LANDSTAR
TO VIEW ALL AVAILABLE LANDSTAR LOADS ACCESS www.LandstarBroker.com
** CALL OUR INTERACTIVE VOICE RESPONSE SYSTEM TO REPORT LOAD STATUS ** (800) 972-8490

IMPORTANT BILLING INSTRUCTIONS! *** YOUR INVOICE, BILL OF LADING, PROOF OF DELIVERY, AND THIS SIGNED LOAD CONFIRMATION ARE REQUIRED FOR PAYMENT. RECEIPTS (LUMPER, TOLLS, ETC.) AND COPIES OF PERMITS AND/OR ESCORT INVOICES MUST BE SUBMITTED. Carrier Payable questions? Call 800-435-1791 opt 2.

| PLEASE SEND PAPERWORK TO: | LANDSTAR SAVINGS PLUS MEMBERS SEND TO: | |
|---|---|---|
| LANDSTAR RANGER | LANDSTAR RANGER | FOR EXPRESS MAILINGS USE: |
| ATTN: BROKERAGE BILLING | ATTN: BROKERAGE BILLING - LSP | **LANDSTAR RANGER** |
| P.O.BOX 19139 | P.O.BOX 19119 | ATTN: LSP - IMAGING |
| Jacksonville, FL 32245-9139 | Jacksonville, FL 32245-9119 | 1000 SIMPSON ROAD |
| | | ROCKFORD, IL 61102 |

*** ENDS CONFIRMATION ***

**ATTENTION**
Carrier certifies it is aware of the California Air Resources Board's Truck and Bus, Drayage and Greenhouse Gas Rules and that, on all loads originating in, destined for or passing through California, Carrier will utilize only vehicles that are compliant with those Rules. Please see CARB Regulations, including the CARB Dray rules. https://www.arb.ca.gov