# EXHIBIT E

# Incident Reporting Form

Use this form to report any workplace accident, injury, incident, close call or illness.
Return completed form to the Operations Supervisor, or Management.

**This is documenting an:**

| ☐ Lost Time/Injury | ☐ First Aid | ☒ Incident | ☐ Close Call | ☐ Observation |

**Details of person injured or involved** (to be filled in by person injured / involved if possible)

Person Completing Report: __Colin Blake__ Date: __02/22/2023__
Person(s) Involved: __SHAH SYED__
Equipment or Truck ID: __786__

## Event Details

Date of Event: __02/22/2023__  Location of Event: __I-75 Exit 237 Clayton County Sch. District, GA (33.615678, -84.398428)__

Time of Event: __02/22/2023  7:35 AM EDT__  Witnesses: ____

**Description of Events** (Describe tasks being performed and sequence of events):
The driver (Shah Syed) was on I-75 near Exit 237 in Clayton County School District, Georgia. when the accident occurred. In this accident, a small car driver suddenly changed lanes from the middle to the right side. This movement caused the accident when Shah Syed hit the small car. After that, both drivers lost control and went into the bushes on the side of the road.
Waiting Police report about the accident.

*If more space is required please use the back of this sheet

**Was event / injury caused by an unsafe act (activity or movement) or an unsafe condition (machinery or weather)? Please explain:**
No Injuries.

### TO BE COMPLETED ONLY IF LOST TIME/INJURY OR FIRST AID WAS REQUIRED

| Type of injury sustained: | |
|---|---|
| Cause of lost time/ injury or first aid: | |
| Was medical treatment necessary? | Yes____ No _X___ <br> If yes, name of hospital or physician: |

Signature of Employee: __Colin__ Date: __02/22/2023__
Signature of Supervisor: ____ Date: ____

27