# EXHIBIT F



# CERTIFICATE OF DESTRUCTION

**DATE DESTRUCTION COMPLETE:** 3/22/23       **Our File:** S7159

**CUSTOMER:** Bath & Body Works – New Albany, OH     **Claim #:** 004138-147055-RC-01

**CONTACT:** Megan Barrick - Senior Resolution Manager | Gallagher Bassett

**MATERIAL:** BBW Candles & Wall Flowers - 1,015 Cases - L Brands DC 8

**DESTRUCTION METHOD:** Crushed by landfill payloader & buried

**SPECIFICATION:** Rendered non-retrievable


**SENTRY SALVAGE CERTIFIES THAT ON THE ABOVE REFERENCED DATE THE PRODUCTS LISTED ABOVE WERE DESTROYED BY CRUSHING IN ACCORDANCE WITH THE CUSTOMER'S INSTRUCTIONS. RECORDS OF DESTRUCTION HAVE BEEN PROVIDED TO THE CUSTOMER AND ARE MAINTAINED BY SENTRY AND AVAILABLE FOR REVIEW. A SENTRY REPRESENTATIVE WAS ONSITE THROUGHOUT THE DESTRUCTION PROCESS TO WITNESS AND CONFIRM THE DESTRUCTION OF ALL MATERIALS PROVIDED. ALL MATERIALS DELIVERED BY THE CUSTOMER WERE DESTROYED AND DISPOSED OF IN AN APPROVED FACILITY**.


**AUTHORIZED SIGNATURE**

*[signature: James Korbo]*

_____

**JAMES KORBO**
**PRINCIPAL**

**SENTRY SALVAGE**