# EXHIBIT G



## PRESENTATION OF LOSS OR DAMAGE CLAIM FOR LIMITED BRANDS

**Claim Number:** 004138-147055-rc-01
**Date of Loss:** 2/22/2023
**Reason for Claim:** Cargo Accident resulting in damages

**To:** Landstar  BBW
name of adverse party  related brand(s)

address  HAWB/MBOL/PRO

city, state zip

email

**This claim is made against your company in the amount of:** $113,116.32

**Detailed Statement of Claim**

| Description | Amount |
|---|---|
| 60% of retail $188,527.20 | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total | $113,116.32 |

Gallagher Bassett has partnered with Limited Brands, Inc./Limited Logistics Services/Mast Global Logistics for the administration of claims. Please see the attached claim file and submit evidence of noninvolvement of loss or payment in full within 60 days. If there are questions or concerns, please contact me directly.

Megan Barrick  5/2/2023
Megan Barrick  Date
Senior Resolution Manager
Gallagher Bassett Services, Inc.
Ph:614-415-8476 Fax 1-866-608-6078
megan_barrick@gbtpa.com

**CLAIMANT / PAYMENT INFORMATION:**
**Bath and Body Works**
**c/o Gallagher Bassett/Limited Dedicated Claim Office - Attn: Val Carey**
**Three Limited Parkway**
**Columbus Oh 43230**